**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER VOTTO, <br><br> Plaintiff, <br><br> v. <br><br> FIRST BANCORP, RICHARD H. MOORE JAMES C. CRAWFORD, III, DANIEL T. BLUE, JR., MARY CLARA CAPEL, SUZZANE DEFERIE, ABBY J. DONNELLY, JOHN B. GOULD, MICHAEL G. MAYER, O. TEMPLE SLOAN, III, FREDERICK L. TAYLOR II, VIRGINIA C. THOMASSON, and DENNIS A. WICKER, <br><br> Defendants. | Case No.: 21-cv-6278 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 11, 2023

**MOORE KUEHN, PLLC**

*/s/Justin Kuehn*
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

*Attorneys for Plaintiff*